Date: 12/24/10         DIVIDENDS REMITTED TO THE COURT     #151600     Page: 1

mc

Case Number 09-22078 - SUTTON, KY D.

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | 000002 | 1,601.26 | 0.74 | ck 116 |
| KEYBANK<br>C/O WELTMAN, WEINBERG & REIS<br>323. W. LAKESIDE AVE., 2ND FL<br>CLEVELAND, OH 44113 | 000004 | 7,530.65 | 3.47 | ck 118 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000007 | 8,893.76 | 4.09 | ck 119 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000009 | 1,152.51 | 0.53 | ck 121 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM'S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000010 | 848.45 | 0.38 | ck 122 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000011 | 5,774.83 | 2.66 | ck 123 |

---------- Remittance Total ----------         25,801.46     11.87

TRUSTEE VIRGIL E. BROWN, JR., Trustee

FILED 2010 DEC 29 PM 2:30 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

COURT1         Printed: 12/24/10 11:37 AM    Ver: 16.01a

09-22078-pmc    Doc 31    FILED 12/29/10    ENTERED 01/04/11 09:46:14    Page 1 of 1